

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2013

No. 04-13-00014-CV

James E. **WALLACE** Sr.,
Appellant

v.

Letitia Ann **WALLACE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-10056
Honorable Larry Noll, Judge Presiding

### ORDER

    In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of this appeal are taxed against Appellant James E. Wallace Sr.

    It is so **ORDERED** on May 8, 2013.

_____
Patricia O. Alvarez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2013.

_____
Keith E. Hottle, Clerk